

FILED

02/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0026

CITY OF BILLINGS,

Plaintiff and Appellee,

v.

ROBERT MICHAEL LAMB,

Defendant and Appellant.

FILED

FEB 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Robert Michael Lamb petitions this Court for an out-of-time appeal of a Judgment issued in the Municipal Court of the City of Billings in June 2021. He contends that he failed to file a timely Notice of Appeal because he did not receive a copy of the Judgment until December 20, 2021, while he was in the Yellowstone County Detention Center.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Lamb's appeal is not properly before this Court. Lamb must appeal any decision from a Municipal Court to the Yellowstone County District Court. The Montana Uniform Municipal Court Rules of Appeal to the District Court are found in Title 25, Chapter 30A of the Montana Code Annotated. Not only must an appeal be sought first in the District Court, but "an appeal of an order or judgment under § 46-20-103, MCA, must be taken within ten days." Sections 25-30A-2100, and 25-30A-2200, MCA (Rule 5(3)). As a defendant in Municipal Court, Lamb had to appeal the Municipal Court's decision to the District Court before seeking an appeal here. Lamb has not done so. This Court contacted the Yellowstone County District Court, and no such appeal was located. Therefore,

IT IS ORDERED that Lamb's Petition for an Out-of-Time Appeal is DENIED and DISMISSED.

The Clerk is also directed to provide a copy of this Order to counsel of record and to Robert Michael Lamb personally.

DATED this 1st day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2